# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

December 12, 2022

**Via ECF**

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street, Room 1920
New York, NY 10007

      Re:    **Catherine Lockinger v. International Business Machines Corp.
               1:22-cv-09888 (JLR)**

Dear Judge Rochon:

      We represent Plaintiff Catherine Lockinger in the above referenced matter. I write to respectfully request an adjournment of the initial conference that was recently scheduled for April 6, 2023 at 12:00 p.m. The reason for this request is that April 6 is the first full day of Passover, which I observe. Defense counsel consents to this request. The parties have conferred and are available for the conference on April 18, 19, 20 and 21. No prior request for an adjournment has been made by any party.

      We thank the Court for its consideration of this matter.

                                                             Respectfully submitted,

                                                             BRIAN HELLER

cc:    Erika D. Cagney, Esq. – via ECF

Request **GRANTED** in part. To accommodate Plaintiff's request and the Court's calendar, the initial pretrial conference scheduled for April 6, 2023 is hereby adjourned to **April 27, 2023 at 10 a.m.** The parties shall file the pre-conference submissions required by ECF No. 12 at least seven calendar days before the conference date.

Dated:  December 13, 2022
           New York, New York

SO ORDERED

JENNIFER L. ROCHON
United States District Judge