UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE LOCKINGER,

                Plaintiff,

-against-

INTERNATIONAL BUSINESS MACHINES CORP.,

                Defendant.

1:22-cv-09888 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court has reviewed the parties' submissions at ECF No. 25. In light of the pending mediation referral, the April 27, 2023 initial pretrial conference is hereby adjourned. The mediation should be scheduled to take place within the next 90 days. The parties shall file a joint status letter within **one week** after the completion of mediation.

Dated: April 21, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge