# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: 2123263496
ECAGNEY@JONESDAY.COM

July 6, 2023

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

          Re:    Lockinger v. International Business Machines Corp.
                  1:22-cv-09888

Dear Judge Rochon:

      Pursuant to the Court's April 21, 2023 Order, the Parties in the above-referenced action respectfully submit this joint letter. The Parties attended a mediation session before Susan Salazar on June 29, 2023. The Parties were unable to reach a resolution at this time and intend to move forward with the litigation.

      The Parties are generally available for an initial conference, to be scheduled at the Court's convenience, but due to previously scheduled vacations ask that the conference not be scheduled on the following dates:

- July 11, 21, 24, 27 – 31; or

- August 3, 4, 7, 9, 14 -18, 24 - September 1

                                          Respectfully submitted,

                                          s/ Erika D. Cagney

                                          Erika D. Cagney
                                          Counsel for Defendant

                                          s/ Brian Heller

                                          Brian Heller
                                          Counsel for Plaintiff

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON