USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE LOCKINGER,

                    Plaintiff,

        -against-

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                    Defendant.

22-CV-09888 (MMG)

**NOTICE OF**
**REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

        This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the pretrial conference scheduled for **April 4, 2024,** which will now take place at **4:00 p.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. In accordance with Rule II(B)(9) of the Court's Individual Rules & Practices, it is HEREBY ORDERED that all parties shall follow the Court's procedures for post-fact-discovery communications with the Court. Any pre-motion letter submitted pursuant to these procedures must be filed not less than two weeks before the date of the scheduled pretrial conference.

        If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing

        In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: February 26, 2024
        New York, New York

                                        SO ORDERED.

                                        _____
                                        MARGARET M. GARNETT
                                        United States District Judge