USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/21/2024

# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: +1.212.326.3496
ECAGNEY@JONESDAY.COM

March 21, 2024

<u>VIA ECF</u>

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

        Re:   <u>Lockinger v. International Business Machines Corporation, 1:22-cv-09888</u>

Dear Judge Garnett:

    Defendant International Business Machines Corporation ("Defendant") and Plaintiff Catherine Lockinger ("Plaintiff") jointly submit this letter motion to stay this proceeding, suspending all pending deadlines and adjourning the pretrial conference currently scheduled for April 4, 2024. (Dkt. 52). The parties have reached a tentative resolution and anticipate filing a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 in the coming weeks. The parties agree that a stay will further the interests of judicial economy and efficiency and facilitate the final resolution of this matter. The parties further agree to file either a stipulation of dismissal or a status report by April 22, 2024.

    If this proposed stay meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Respectfully Submitted,

<u>*s/ Brian Heller*</u>
Brian Heller
Counsel for Plaintiff

<u>*s/ Erika D. Cagney*</u>
Erika D. Cagney
Counsel for Defendant

---

GRANTED. All pending deadlines and appearances are hereby adjourned *sine die*. The parties shall file a stipulation of dismissal or a status report by no later than **April 22, 2024**. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 54 and 55 and stay this action.

SO ORDERED. 3/21/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

---

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON