# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: +1.212.326.3496
ecagney@jonesday.com

April 22, 2024

<u>VIA ECF</u>

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

                Re:    <u>Lockinger v. International Business Machines Corporation, 1:22-cv-09888-MMG</u>

Dear Judge Garnett:

      The parties submit this joint status letter pursuant to Your Honor's March 21, 2024 Order (Dkt. 56) granting the parties' request to stay proceedings and setting a deadline of April 22, 2024 to file either a stipulation of dismissal or a status report. The parties hereby request a two-week extension of the stay to finalize the resolution of this matter and file the stipulation of dismissal with the Court.

      As such, the parties respectfully request Your Honor to continue the full stay of the above captioned proceeding through and including May 6, 2024. The parties agree to file a stipulation of dismissal or a status report by May 6, 2024.

      If this joint request for a stay meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Respectfully Submitted,

<u>s/ Brian Heller</u>                             <u>s/ Erika D. Cagney</u>
Brian Heller                                   Erika D. Cagney
Counsel for Plaintiff                    Counsel for Defendant

IT IS SO ORDERED.

DATED: _____         _____
                                                Hon. Margaret M. Garnett
                                                United States District Court Judge

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON