```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE LOCKINGER<br><br>  Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>  Defendant. | Case No. 22-cv-09888 (MMG)<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant International Business Machines ("IBM") Corp. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Brian Heller
SCHWARTZ PERRY & HELLER, LLP
3 Park Avenue, Ste. 2700
New York, NY 10016
(212) 889-6565

*Attorney for Plaintiff*

Dated: May 20, 2024

_____
Erika D. Cagney
Troy Mattila
JONES DAY
250 Vesey Street
New York, New York 10281
(212) 326-3939

*Attorneys for Defendant*
*International Business Machines Corp.*

Dated: May 28, 2024

---

SO ORDERED. The Clerk of Court is directed to terminate all deadlines and CLOSE this case.

Dated June 3, 2024.

_____
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE